```
 1  GOLDSMITH & HULL/File #547769
    A Professional Corporation
 2  William I. Goldsmith  (SBN 82183)
    Stephen R. Goldsmith ( SBN 291555)
 3  16933 Parthenia Street, Suite 110
    Northridge, CA 91343
 4  Tel.: (818) 990-6600
    Fax: (818) 990-6140
 5  govdept1@goldsmithcalaw.com
 6  Attorneys for Plaintiff
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  CASE NO. 2:18-cv-08207-WDK-RAO
                                   )
12              Plaintiff,         )
                                   )  DEFAULT JUDGMENT
13  v.                             )
                                   )
14  DENISE PLASKEY aka DENISE T.   )
    VENTRESCA,                     )
15                                 )
                Defendant.         )
16  _____)
```

17      In the above-entitled action the Clerk of this Court having entered a default against
18  Defendant(s) DENISE PLASKEY aka DENISE T. VENTRESCA, on **NOVEMBER**
19  **1,2018**   for failure to respond or appear; and a declaration on behalf of Plaintiff
20  having been filed which satisfies the requirements of F.R.Civ. P. 55(b),
21      IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover
22  from Defendant(s) DENISE PLASKEY aka DENISE T. VENTRESCA, the sum of
23  $1,867.35 principal, $5,991.45 accrued pre-judgment interest from AUGUST 1,1996 to
24  November 5, 2018, interest was calculated at the rate of 9%, accruing at $0.46 per day
25  to date of entry of judgment; $0.00 penalties/administrative charges,
26  //
27  //
28  //

$495.50 court cost, plus $386.74 attorneys fees, less credits of $0.00, for a total of $8,741.04. Judgment to accrue interest at the legal rate until paid.

DATE: 11/7/2018

KIRY K. GRAY, CLERK OF THE COURT
U.S. District Court Central District of California

BY: *Sharon Hall Brown*
DEPUTY CLERK

:P549F